UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| PHOEBE ENLOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDOZ, INC., ALZA CORPORATION, ) <br> and DOES 1 through 6, Inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case number 6:11-cv-03038-GAF |

### CERTIFICATE OF SERVICE

Defendants ALZA Corporation and Sandoz Inc. ("Defendants") hereby certify that

(1)  Defendant ALZA Corporation's First Set of Interrogatories to Plaintiff;

(2)  Defendant ALZA Corporation's and Sandoz, Inc.'s First Request for Production of Documents to Plaintiff; and

(3)  Defendant Sandoz, Inc.'s First Set of Interrogatories to Plaintiff

were served by U.S. first class mail on this 25th day of July, 2011, to Robert M.N. Palmer, The Law Offices of Palmer Oliver, P.C., 205 Park Central East, Suite 511, Springfield, MO 65806 and Anthony E. Pletcher and Mikal C. Watts, Watts Guerra Craft, LLP, 500 North Water St., Suite 1200, Corpus Christi, Texas 78471, counsel for Plaintiff Phoebe Enlow.

DATED this 25th day of July, 2011.

1

Respectfully submitted,

BAKER, STERCHI, COWDEN & RICE, L.L.C.

/s/Bryan E. Mouber
Thomas N. Sterchi, MO #21508
Bryan E. Mouber, MO #49388
One Crown Center
2400 Pershing, Suite 500
Kansas City, Missouri 64108
Tel: (816) 448-9375
Fax: (816) 472-0288
sterchi@bscr-law.com
mouber@bscr-law.com

And

Su-Lyn Combs
TUCKER ELLIS & WEST LLP
515 South Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
su-lyn.combs@tuckerellis.com

**ATTORNEYS FOR SANDOZ INC. AND ALZA CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2011, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert M.N. Palmer
THE LAW OFFICES OF PALMER OLIVER, P.C.
205 Park Central East, Suite 511
Springfield, MO 65806
Telephone: (417)865-3234
Facsimile: (417)865-1698

Anthony E. Pletcher
Mikal C. Watts
WATTS GUERRA CRAFT, LLP
500 North Water St., Suite 1200
Corpus Christi, Texas 78471

Telephone: (361)887-0500
Facsimile (361)887-0055
**ATTORNEYS FOR PLAINTIFF**

/s/Bryan E. Mouber