# EXHIBIT A

Case 6:11-cv-03038-GAF   Document 25-1   Filed 10/11/11   Page 1 of 4

# WATTS | GUERRA | CRAFT

TONY PLETCHER
Attorney at Law
tpletcher@wgclawfirm.com

300 North Water Street
Suite 1200
Corpus Christi, Texas 78401-0237
361.887.0500 PHONE
361.887.0055 FAX
www.wgclawfirm.com

August 29, 2011

Phoebe Enlow
22519 Reporter Rd.
Waynesville, MO 65583

    Re:    Phoebe Enlow vs. Sandoz, Inc.
            Our File No. 237647

Dear Mrs. Enlow:

    Enclosed please find documents that I need you to answer in connection with your Fentanyl lawsuit. Please contact me upon receipt of these documents so we may discuss this matter.

    Thank you for your attention to this matter.

                      Very truly yours,

                      WATTS GUERRA CRAFT, LLP

                      Lori D. Holland
                      *Paralegal to Anthony E. Pletcher*

/ldh

# WATTS | GUERRA | CRAFT

TONY PLETCHER
Attorney at Law
tpletcher@wgclawfirm.com

500 North Water Street
Suite 1200
Corpus Christi, Texas 78401-0237
361.887.0500 PHONE
361.887.0055 FAX
www.wgclawfirm.com

September 15, 2011

Phoebe Enlow
22519 Reporter Rd
Waynesville, MO 65583

    Re:    Phoebe Enlow vs. Sandoz, Inc.
             Our File No. 237647

Dear Mrs. Enlow:

    Enclosed please find documents that I need you to answer to the best of your ability. Please contact me upon receipt of these documents so we discuss your answers to same.

    Thank you for your attention to this matter.

                              Very truly yours,

                              WATTS GUERRA CRAFT, LLP

                              Lori D. Holland
                              *Paralegal to Anthony E. Pletcher*

/ldh

# WATTS | GUERRA | CRAFT LLP

TONY PLETCHER
Attorney at Law
tpletcher@wgclawfirm.com

500 North Water Street
Suite 1200
Corpus Christi, Texas 78401-0237
361.887.0500 PHONE
361.887.0055 FAX
www.wgclawfirm.com

September 16, 2011

Phoebe Enlow         Via UPS
22519 Reporter Rd.
Waynesville, MO 65583

Re: Phoebe Enlow vs. Sandoz, Inc.
    Our File No. 237647

Dear Mrs. Enlow:

Our office has been trying to reach you by telephone and correspondence regarding your Fentanyl lawsuit, and have not had a response from you. Your case is currently filed in Federal Court in Missouri and we have court ordered deadlines that we are obligated to meet. We need you to contact our office immediately upon receipt of this correspondence, so you may assist us in prosecuting your case. Your failure to respond, may result in our office having to file a Motion to Withdraw with the Court.

Please contact my office at the number listed above. Thank you for your attention to this matter.

Very truly yours,

WATTS GUERRA CRAFT, LLP

Tony Pletcher

TP/ldh